IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

|  |  |
|---|---|
| General Synod of The United Church of Christ; Reverend Joseph Hoffman; Reverend Nancy Ellett Allison; Reverend Nathan King; Reverend Nancy Kraft; Rabbi Jonathan Freirich; Reverend Robin Tanner; Reverend Mark Ward; Reverend Dr. Nancy E. Petty; Diane Ansley; Catherine McGaughey; Elizabeth "Lisa" Cloninger; Kathleen Smith; Shauna Bragan; Stacy Maloney; Cathy Fry; Joanne Marinaro; Joel Blady; Jeffrey Addy; Betty Mack; and Carol Taylor;<br><br>Plaintiffs,<br><br>v.<br><br>Roy Cooper, Attorney General of North Carolina; Drew Reisinger, Register of Deeds for Buncombe County; Wayne Nixon, Register of Deeds for Cabarrus County; Tonia Hampton, Register of Deeds for McDowell County; J. David Granberry, Register of Deeds for Mecklenburg County; Laura M. Riddick, Register of Deeds for Wake County; Ronald L. Moore, Buncombe County District Attorney; Roxann Vaneekhoven, Cabarrus County District Attorney; Bradley Greenway, McDowell County District Attorney; Andrew Murray, Mecklenburg County District Attorney; and Ned Mangum, Wake County District Attorney;<br><br>Defendants. | Civ. No. 3:14-cv-213 |

### PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, Plaintiffs, through undersigned counsel, respectfully move this Court for a preliminary injunction ordering all Defendants to cease enforcing Section 6 of Article XIV of the North Carolina Constitution, N.C. Gen. Stat. § 51-1 *et seq.*, and any other source of state law that operates to deny same-sex

couples the right to marry in the State of North Carolina, and that operates to threaten clergy with criminal and civil liability through the performance of religious rites that solemnize the union of same-sex couples.

Upon proof of service to all Defendants, Plaintiffs will move the Court for an expedited hearing.

Dated: April 28, 2014                                    Respectfully submitted,

| | |
|---|---|
| Jonathan S. Martel | /s/ S. Luke Largess |
| David J. Weiner | S. Luke Largess |
| Samuel Witten | N.C. Bar 17486 |
| Sarah E. Warlick | /s/ Jacob H. Sussman |
| Thomas A. Glazer | Jacob H. Sussman |
| Arnold & Porter LLP | N.C. Bar No. 31821 |
| 555 Twelfth Street, N.W. | /s/ John W. Gresham |
| Washington, D.C. 20004 | John W. Gresham |
| Phone: (202) 942-5470 | N.C. Bar No. 6647 |
| Fax: (202) 942-5999 | Tin Fulton Walker & Owen |
| Email: jonathan.martel@aporter.com | 301 East Park Avenue |
| *Pro Hac Vice Applications Pending* | Charlotte, NC 28203 |
| | Phone: (704) 338-1220 |
| Sean Morris | Fax: (704) 338-1312 |
| Arnold & Porter LLP | Email: llargess@tinfulton.com |
| 777 South Figueroa St. | Email: jsussman@tinfulton.com |
| Los Angeles, CA 90017 | Email: jgresham@tinfulton.com |
| Phone: (213) 243-4222 | |
| Email: sean.morris@aporter.com | Mark Kleinschmidt |
| *Pro Hac Vice Application Pending* | N.C. Bar No. 29299 |
| | Tin Fulton Walker & Owen |
| | 312 West Franklin Street |
| | Chapel Hill, NC 27516 |
| | Phone: (919) 240-7089 |
| | Fax: (919) 240-7822 |
| | Email: mkleinschmidt@tinfulton.com |

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Jacob H. Sussman
Jacob Sussman
Tin Fulton Walker & Owen
301 East Park Avenue
Charlotte, NC 28203
Phone: (704) 338-1220
Fax: (704) 338-1312
Email: jsussman@tinfulton.com