# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-213-RJC-DCK

| | |
|---|---|
| GENERAL SYNOD OF THE UNITED CHURCH OF CHRIST; REVEREND JOSEPH HOFFMAN; REVEREND NANCY ELLETT ALLISON; REVEREND NATHAN KING; REVEREND NANCY KRAFT; RABBI JONATHAN FREIRICH; REVEREND ROBIN TANNER; REVEREND MARK WARD; REVEREND DR. NANCY E. PETTY; DIANE ANSLEY; CATHERINE MCGAUGHEY; ELIZABETH "LISA" CLONINGER; KATHLEEN SMITH; SHAUNA BRAGAN; STACY MALONEY; CATHY FRY; JOANNE MARINARO; JOEL BLADY; JEFFREY ADDY; GETTY MACK; AND CAROL TAYLOR, <br><br> Plaintiffs, <br><br> v. <br><br> ROY COOPER, Attorney General of North Carolina; DREW REISINGER, Register of Deeds for Buncombe County; WAYNE NIXON, Register of Deeds for Cabarrus County; TONIA HAMPTON, Register of Deeds for McDowell County; J. DAVID GRANBERRY, Register of Deeds for Mecklenburg County; LAURA M. RIDDICK, Register of Deeds for Wake County; RONALD L. MOORE, Buncombe County District Attorney; ROXANN VANEEKHOVEN, Cabarrus County District Attorney; BRADLEY GREENWAY, McDowell County District Attorney; ANDREW MURRAY, Mecklenburg County District Attorney; and NED MANGUM, Wake County District Attorney, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) filed by Jacob H. Sussman, concerning Sean Morris on April 28, 2014. Mr. Sean Morris seeks to appear as counsel *pro hac vice* for Plaintiffs, General Synod of The United Church of Christ, et al. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) is **GRANTED.** Mr. Sean Morris is hereby admitted *pro hac vice* to represent Plaintiffs General Synod of The United Church of Christ, et al.

**SO ORDERED**.

Signed: April 28, 2014

David C. Keesler
United States Magistrate Judge