IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE 3:14-CV-00213

| | |
|---|---|
| General Synod of The United Church of Christ; Reverend Joseph Hoffman; Reverend Nancy Ellett Allison; Reverend Nathan King; Reverend Nancy Kraft; Rabbi Jonathan Freirich; Reverend Robin Tanner; Reverend Mark Ward; Reverend Dr. Nancy E. Petty; Kay Diane Ansley; Catherine "Cathy" McGaughey; Elizabeth "Lisa" Cloninger; Kathleen Smith; Shauna Bragan; Stacy Maloney; Cathy Fry; Joanne Marinaro; Joel Blady; Jeffrey Addy; Betty Mack; and Carol Taylor;<br>      Plaintiffs,<br>v.<br>Roy Cooper, Attorney General of North Carolina; Drew Reisinger, Register of Deeds for Buncombe County; Wayne Nixon, Register of Deeds for Cabarrus County; Tonia Hampton, Register of Deeds for McDowell County; J. David Granberry, Register of Deeds for Mecklenburg County; Laura M. Riddick, Register of Deeds for Wake County; Ronald L. Moore, Buncombe County District Attorney; Roxann Vaneekhoven, Cabarrus County District Attorney; Bradley Greenway, McDowell County District Attorney; Andrew Murray, Mecklenburg County District Attorney; and Ned Mangum, Wake County District Attorney;<br>      Defendants. | |

## DEFENDANT REISINGER'S NOTICE OF NO RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

     NOW COMES Defendant Drew Reisinger, by and through the undersigned counsel, and hereby notifies the Court that he will not file a brief in response to Plaintiffs' Motion for Preliminary Injunction.

     This the 10th day of June, 2014.

                                                  s/ Tikkun A.S. Gottschalk
                                                Tikkun A.S. Gottschalk (NC Bar #33945)
                                                Counsel for Defendant Reisinger

{12337700}

DEUTSCH & GOTTSCHALK, P.A.  
75 North Market Street  
Asheville, NC 28801  
Telephone:(828) 251-0600  
Fax:(828) 251-5508  
E-Mail:tikkun@deutschandgottschalk.com

## CERTIFICATE OF SERVICE

By the signature above, I, Tikkun A.S. Gottschalk, hereby certify that, on June 10, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such to the following:

Jonathan S. Martel  
David J. Weiner  
Samuel Witten  
Sarah E. Warlick  
Thomas A. Glazer  
Arnold & Porter LLP  
555 Twelfth Street  
N.W. Washington, D.C.  20004  
Email:  jonathan.martel@aporter.com

Sean Morris  
Arnold & Porter LLP  
777 South Figueroa St. Los Angeles, CA 90017  
Email: sean.morris@aporter.com

S. Luke Largess  
Jacob Sussman  
John W. Gresham  
Tin Fulton Walker & Owen  
301 East Park Avenue  
Charlotte, NC 28203  
Email: llargess@tinfulton.com  
Email: jsussman@tinfulton.com  
Email: jgresham@tinfulton.com

Mark Kleinschmidt  
Tin Fulton Walker & Owen  
312 West Franklin Street  
Chapel Hill NC 27516  
Email: mkleinschmidt@tinfulton.com

{12337700}