# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-213-RJC-DCK

| | |
|---|---|
| GENERAL SYNOD OF THE UNITED CHURCH OF CHRIST; REVEREND JOSEPH HOFFMAN; REVEREND NANCY ELLETT ALLISON; REVEREND NATHAN KING; REVEREND NANCY KRAFT; RABBI JONATHAN FREIRICH; REVEREND ROBIN TANNER; REVEREND MARK WARD; REVEREND DR. NANCY E. PETTY; KAY DIANE ANSLEY; CATHERINE MCGAUGHEY; ELIZABETH "LISA" CLONINGER; KATHLEEN SMITH; SHAUNA BRAGAN; STACY MALONEY; CATHY FRY; JOANNE MARINARO; JOEL BLADY; JEFFREY ADDY; BETTY MACK; CAROL TAYLOR; REVEREND TODD DONATELLI; RABBI ARIEL EDERY; REVEREND CANON THOMAS MURPHY; CENTRAL CONFERENCE OF RABBIS; ALLIANCE OF BAPTISTS, INC.; REVEREND AMY JACKS DEAN; ASSOCIATION OF WELCOMING & AFFIRMING BAPTISTS; REVEREND MILLY MORROW; REVEREND RUSS DEAN; RABBI ERIC M. SOLOMON; RABBI ARI N. MARGOLIS; and RABBI LUCY H.F. DINNER  Plaintiffs,  v.  ROY COOPER, Attorney General of North Carolina; DREW REISINGER, Register of Deeds for Buncombe County; WAYNE NIXON, Register of Deeds for Cabarrus County; TONIA HAMPTON, Register of Deeds for McDowell County; J. DAVID GRANBERRY, Register of Deeds for Mecklenburg County; LAURA M. RIDDICK, Register of Deeds for Wake County; RONALD L. MOORE, Buncombe County District Attorney; ROXANN VANEEKHOVEN, Cabarrus County District Attorney; BRADLEY GREENWAY, McDowell County District | **ORDER** |

| | )|
|---|---|
| Attorney; ANDREW MURRAY, Mecklenburg County District Attorney; and NED MANGUM, Wake County District Attorney, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Request For Oral Argument" (Document No. 73) filed June 23, 2014; as well as other scheduling concerns. The instant motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

The undersigned observes that the "Plaintiffs' Request For Oral Argument" (Document No. 73) fails to satisfy the requirement of consultation pursuant to Local Rule 7.1 (B). Plaintiffs do not indicate whether the parties have conferred regarding the instant motion and whether Defendants consent to or oppose the motion. As such, the undersigned will deny the motion without prejudice to Plaintiffs re-filing.

In addition, it appears that Defendants Laura M. Riddick and Wayne Nixon have failed to timely file reply briefs in support of their motions to stay proceedings (Document Nos. 47 and 61), or notices of intent not to file a reply, pursuant to Local Rule 7.1 (E). "Plaintiffs' Brief In Opposition To Defendants' Motion To Stay Proceedings" (Document No. 66) was filed on June 13, 2013, and therefore, Defendants' replies were due on or before June 23, 2014.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Request For Oral Argument" (Document No. 73) is **DENIED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Riddick and Defendant Nixon shall file reply briefs in support of their motions to stay proceedings on or before **July 1, 2014**.

**SO ORDERED**.

Signed: June 26, 2014

_____
David C. Keesler
United States Magistrate Judge