IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14cv213

| | | |
|---|---|---|
| GENERAL SYNOD OF THE UNITED CHURCH OF CHRIST, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| ROY COOPER, et al., | ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court is the *pro se* Motion to Intervene and Motion to Have ECF Filing Access [# 79 & # 80]. Third party Chris Sevier moves to intervene as a plaintiff in this action and for access to the Court's electronic filing system. Sevier is a member of the Tennessee bar who is currently on disability inactive service as a result of the finding by the Supreme Court of Tennessee that Sevier is incapacitated from continuing to practice law by reason of mental infirmity or illness. (Ex.1 to Consent Resp. to Mot. Intervene.) Over the past several year, Sevier has filed a number of frivolous motions and cases in federal courts. Several of these motions and cases have even received widespread media coverage, largely due to their absurdity.

Upon a review of the record, the relevant legal authority, and the parties'

briefs, the Court **DENIES** the motions [# 79 & # 80].  The motion to intervene lacks any merit and is frivolous.  The motion is either the result of mental infirmity or an attempt by Sevier to gain further media exposure and self-promotion through such filings.  The Court **INSTRUCTS** Chris Sevier that any future filings in this case of the nature of the Motion to Intervene will be stricken from the record, and Sevier will face the possibility of this Court imposing sanctions pursuant to either Rule 11 and/or the inherent power of this Court.  Such sanctions could include the Court ordering Sevier to pay the attorneys' fees incurred by the parties in responding to his motions, a fine paid into the registry of the Court, or some additional sanctions.  This Court will not tolerate these types of frivolous filings as they waste the resources of the Court, waste the resources of the parties, delay the resolution of cases, and generally clog the Court's docket and prevent the Court from addressing actual cases and controversies.  The Federal Court System is not the place for Sevier to practice his fanciful, creative writing skills.

Signed: August 12, 2014

Dennis L. Howell
United States Magistrate Judge