| | | |
|---|---|---|
| General Synod of The United Church of Christ; Reverend Joseph Hoffman; Reverend Nancy EllettAllison ReverendNathanKing;Reverend Nancy Kraft; Rabbi Jonathan Freirich; Reverend Robin Tanner; Reverend Mark Ward; Reverend Dr. Nancy E. Petty; Kay Diane Ansley; Catherine "Cathy" McGaughey; Elizabeth "Lisa" Cloninger; Kathleen Smith; Shauna Bragan; Stacy Maloney; Cathy Fry; Joanne Marinaro; Joel Blady; Jeffrey Addy; Betty Mack; and Carol Taylor;<br><br>Reverend Chris Sevier<br><br>Intervenor<br><br>Plaintiff<br>V.<br><br>Roy Cooper, Attorney General of North Carolina; Drew Reisinger, Register of Deeds for Buncombe County; Wayne Nixon, Register of Deeds for Cabarrus County; Tonia Hampton, Register of Deeds for McDowell County; J. David Granberry, Register of Deeds for Mecklenburg County; Laura M. Riddick Register of Deeds for Wake County; Ronald L. Moore, Buncombe County District Attorney; Roxann Vaneekhoven, Cabarrus County District Attorney; Bradley Greenway, McDowell County District Attorney; Andrew Murray, Mecklenburg County District Attorney; and Ned Mangum, Wake County Distric Attorney;<br><br>Defendants | | FILED CHARLOTTE, NC AUG 21 2014 US District Court Western District of NC<br><br>CASE NO: 3:14-cv-213 |

## MOTION TO FOR THE DISTRICT COURT JUDGE TO RECONSIDER

*"Please, Brer Fox, please don't throw me into the briar patch"* Tar-Baby

NOW COMES, I Chris Sevier, former Judge Advocate, Vanderbilt trained attorney, whistle blower, and persecuted Christian pursuant to rule 72 and rule 59(e) of the Federal Rules of Civil Procedure, asking that the District Court reconsider the motion to intervene and reply to the response in opposition. Well, that's one way to deny a motion provided by the Magistrate Judge. [1]An award of sanctions would be a great addition to my filings to intervene before the United States Supreme Court in the 4th Circuit and 10th Circuit cases on appeal this week. I can explain to the USSC how the Magistrate Judge in North Carolina literally dehumanized me on the basis of sexual orientation, which is the paramount concern of the homosexuals have brought the action in the first place. It goes to show that the intolerance of the tolerant is a total myth that will never survive scrutiny from a rational and thinking public. Those who are allegedly tolerant are not tolerant of people whose values conflict with their own. There is a fleet of my attorney friends who were on the floor after reading the Court's reaction given the magistrates failure to realize the implications. I am making the same arguments that the proponents of same-sex couples are. To oppose my positions to help authorize same-sex marriage hurts the case for same sex marriage completely. The district court conducts a *de novo* review of those portions of a magistrate judge's M & R to which specific objections are filed. *See* 28 U.S.C. § 636(b); Local Civil Rule 72.4(b), EDNC. Those portions of the M & R to which only general or conclusory objections are lodged may be affirmed by the district court unless clearly erroneous or contrary to law. Elektra Entm't Grp., Inc. v. Doe, 5:08-CV-115-FL, 2008 WL 5111886 (E.D.N.C. Dec. 4, 2008)

---

[1] The bestowed upon me the compliment of creative writer, but I find my writing to be neither good nor creative, and the comment itself was not sincere

*Elektra Entertainment Group, Inc. v. Doe*, E.D.N.C. December 04, 2008 Not Reported in F.Supp.2d.

Rule 59(e) states that "[a]ny motion to alter or amend a judgment shall be filed no later than 10 days after entry of judgment." *Simpson v. United States,* 3:08CV197-3-MU, 2008 WL 2228598 (W.D.N.C. May 29, 2008). The order was signed on August 12, 2014 and not accepted in the mail until days later. Therefore, I am well within the time frame to file a motion for reconsideration, even it is disrupts the magistrate Judge's desire to elevate her personal values over the entire state of North Carolina while also excluding the true minority of sexual orientation.

*Reddick v. White C.A.4* (Va.) December 01, 2011 456 Fed.Appx. 191. Under this section, a district court reviews a magistrate judge's order to determine if it is "clearly erroneous or contrary to law." Id.; see also Fed.R.Civ.P. 72(a). Reddick v. White, 456 F. App'x 191, 192 (4th Cir. 2011). Besides begin self-defeating and discriminatory, the order to block intervention offends the Constitution and is clearly erroneous to the law. With sexual orientation classification, its an all or nothing thing. Its not what is acceptable only in the imagination of single liberalistic magistrate judge, who knows nothing of psychology, neurology, metaphysics, psychiatry, or spirituality.

*Don't necessarily avoid sharp edges. Occasionally they are necessary to leadership. —Donald Rumsfeld*

Normally, I'd have more tact, but the entire welfare of the state is on the line along with the interest of children. Importantly, I have immense respect for the judiciary and do not envy the difficulties that are attached to their job. Unfortunately, like Justice Thomas, I believe in their ability to get things right, so as I persona with standing, I have moved to intervene with just cause. I don't think there is

anyone here who is not advancing a position in good intentions and in the pursuit of establishing the best set of truth claims they believe should be on top, this may include the magistrate Judge also. But not all truth claims are equal, and I would be hard press to identify a more erroneous response to the motion to intervene than the one returned by the Magistrate Judge, who can only successfully advance the gay agenda through the suppressing the truth through threats to stifle speech. I make no apology for asking the Court to do its job and have no remorse for exercising constitutional rights to access the Court's thank you very much. [2] [3] It would be a privilege to be sanctioned in this case so that it will forever be a part of the record that I was persecuted for attempting to protect the integrity of the United States Constitution and the children of the state of North Carolina. This expansion of sexual orientation question must be an all or nothing thing.[4] [5] Fortunately, the magistrate judge manage to prove the reason why we have rule 72 and 59(e) of the Federal Rules of Civil Procedure.

Here is why the Magistrates Judge's decision should be overturned for monumental abuse of discretion. First, this is a discrimination action "bare . . . desire to harm a politically unpopular group cannot constitute a legitimate governmental interest," *Romer v. Evans*, 517 U.S. 620, 116 S. Ct. 1620,

---

[2] And where is the ACLU to defend my position, who are supposedly champions of the minority, when in reality that are merely champions of selfishness with tremendous emotional problems with authentic Christianity. The ACLU spends its existence trying to convince others to live a godless life so that they too can be in a state of delusionalism and bondage in order to make its members feel less shamed of their own inadequacies, as a result of someone's disobedience. Apparently, the Magistrate Judge's discriminatory threats that were meant to stifle speech under the cruel imposition of sanction were not effective because I am moving for reconsidering under rule 59(e).

[3] I have been short at by Al Qaeda in advancing the rule of law mission overseas in Operation Iraqi Freedom, so the magistrate Court's threats, which are clear evidence of bias, were not effective in face of the fact that this case represents a threat to National security interest from with in.

[4] When collection of sanctions proves to be impossible in light of a barricade of Federal Statutes, then we can all sit around and collectively gloat that the sanction was worth every uncollectable penny. (See creative writing)

[5] I can use the sanction to present to the Supreme Court to show "see, I am a third tier citizen," the North Carolina Court out of its own arrogance has already established that in the record forever, which cheats the Plaintiffs of the victory no matter the outcome. For the magistrate judge's inability to see what she has actual done by issuing these outrageous threats, which do more than automatically call into question her ability to stay impartial in these affairs.

134 L. Ed. 855 (1996). The Magistrate Judge's intemperate reaction amounts and rises to the level of discrimination for purposes of the 5th amendment in violation of my 14th amendment right to marriage which is actionable under 1983 under In Re Young in the jurisdiction in which the injury was felt, which was New York City, not Nashville. But I would never really antagonize a Justice in such a manner, because they should be allowed to be wrong.[6] That's what we have a court of appeals for.

*In matters of style, swim with the current; in matters of principle, stand like a rock.*
—*Thomas Jefferson*

Magistrate Judge says that I should not be allowed to participate in this action because of the Tennessee Supreme Court's decision to find me incapable of practicing law due to "mental illness," in doing so the magistrate judge makes herself a willing party to a witch hunt. (see the complaint against Congressman John Mark Windle). But if that was true, how is it possible that I am practicing law as you read this sentence. If you cannot read, it does not mean that I am not capable an able of practicing law; it means that the attempted reader is incapable.[7] However, I do very much appreciate the missile that the Magistrate Judge promulgated by incorporating those military connected matters into this action in the calculus of her final determination in a discrimination action. In terms of threats with teeth, I will happily use the magistrates order to gut the TNSC through the proper legal channels and judicial over-site committees, since it is not by mistake that Tennessee is marked as the second most corrupt state in the Nation behind Kentucky. Lets remember that obstruction of justice is a crime, and even in

---

[6] *Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999), some scoundrel actually tried to sue a Supreme Court justice once which is completely moronic.

[7] If your opponent in civil litigation tapped you on the shoulder and said on the count of three you can no longer speak English in order to gain an advantage in the case. It does not mean that after the count down concluded that your opponent could no longer speak English. It means that you have to engage in dishonest manipulation discretion tactics to accomplish their agenda that is rife with fraud. Its exactly what the Plaintiffs are doing here in this case - manipulation to accomplish a personal agenda. Its a particularly nasty business when Court's themselves are willing participants to advance self-evident positions predicated in fraud. The Tennessee Supreme Court members who made that decision not only completely impeach the integrity of the court, they expose the psychiatry field as being totally bogus way to control people. It's quite the legacy they are building in that backwards state.

the presence of qualified judicial immunity, the practice of internalized obstruction is patently unethical. As soon as the Obama administration is replaced, the chances are that their will be a Congressional hearing on the personal targeting directed at myself for promoting a certain set of Judeo Christian values, which in this particular case the Plaintiffs and I are launching an joint assault on for greedy considerations. Apparently, the persecution of Christians is not just happening overseas, and this Court is lumping me into being a double agent with the Defendants, who are unquestionably making Christ-Centric arguments. The magistrate's threatening response speaks to credibility of Courts in general at this juncture in American history and the reasons why our Nation is understandably becoming polarized irreconcilably and will likely divide if the Courts constitute to hand down irrational decisions that affront universal law. [8] [9] [10] [11] [12]

In a sheer act of dishonesty, the magistrate judge offers that I file frivolous lawsuits, but yet dismally failed to provide a single example of a lawsuit that I filed that was deemed to be frivolous because that is impossible. As it stands her position is grossly immoral as it is untrue. Such a finding

---

[8] *One of the tests of leadership is the ability to recognize a problem before it becomes an emergency. —Arnold Glas*

[9] Perhaps the Court needs a history lesson as to why the pilgrims came here in the first place. It was to get away from tyrannical atheistic types who make up the law instead of find it in the unamended Bible.

[10] The only way to kill the truth is through suppression tactics. The truth is, if sexual orientation is a class, all variations of sexual orientation warrant equal protection.

[11] If one questions whether value systems play out substantially in a society, just take a peek at Israel and Hamas.

[12] In this case, the Plaintiff Clergy and I are monkeying with Christianity in a manner that will be laugh at 50 years from now, but since "the Plaintiff Clergy and I are greedy and mesmerized by the cultural moment of now - we don't care is how our joint argument goes here. Yet, my argument is distinct because it accords with the United States Constitution, and not some whimsical feeling that defies nature. Of course if the Plaintiffs were to accuse me of secretly supporting traditional marriage - which I am not, I am defending the integrity of the Constitution - then they would also have to say that I am being persecuted for having authentic Christian beliefs - like Paul and Christ himself were. This would amount to a real problem for the Plaintiff clergy who would remain as the lone impostures, which could hurt sales if their congregation were to actually wise up to the scam at play. The Plaintiff Clergy are leading their flock in the way of Western Individualistic culture and not in the ways of the Bible. I will at least admit that instead of violating the Lanham Act by false advertising to recruit otherwise authentic Christians from going to churches anointed by the Holy Spirit.

without support amounts to an act of intentional dishonesty under these circumstances were discrimination is at bar. There is not a single case that I have filed that was dismissed for being frivolous. Such a mischaracterization is a way for getting an inferior set of truth claims on top through a bad faith attempt to impeach my credibility. Like it or not, I have provided evidence of the Plaintiff's gross hypocrisy in this matter in the form of emails, where they oppose my request to intervene.[13] The Plaintiff's email response proves that this case is not equated to the race and equality, which is what their entire argument hinges on. The African American community should be outraged at the homosexuals for using the race card to accomplish ends that are lodged in total dishonesty. This hypocrisy brought forth will follow these proceedings going forward whether the Magistrate Judge likes it or not, and the Magistrate Judge is merely attempting to impeach my credibility in an abusive manner. She should take a number and get in line behind countless others, most of who amount to thugs and renown bullies, who are threatened by my resolve to protect the children and the rule of law from selfish backwards ideology that posses an imminent threat to national security interest from the inside out. As a military officer, I take words like Honor, seriously. It was not my intent to bring forth inescapable bias from the magistrate judge who is charged to be cold and neutral by issuing opinions that are removed from fact but she prayed for it. At this point, the magistrate judge might as well trade in the black robe for a rainbow colored one. [14]

*Where there is no vision, the people perish. —Proverbs 29:18*

The magistrate judge indicates that I should not be allowed to intervene because other lawsuits that I have filed have received international coverage. She sees the media coverage as a negative

---

[13] The Magistrate should not be upset with me for caring, she should be upset with the Plaintiff's racist hypocrisy.
[14] See creative writing sample comment. Lets remember that this case is not about creative writing, this case is about recruiting children from traditional marriage to give the gay life-style a go; to suggest otherwise is too simplistic of an analysis.

because it is convenient for her own personal liberalized values that are inconsistent with the majority of people living in North Carolina. If the magistrate judge was in fact able to elevated herself to supreme ruler over these case in trampling over the authority of presiding Judges with original jurisdictional authority, she would find that the British Prime Minister was directly responsive to my complaint filed in Apple. See the International Business Times. Simply because the magistrate judge has an agenda and sees what she wants to does not take away from this simple fact that every position pitched in her order discredits the order itself. [15] I expect to be mocked, targeted, ridiculed, persecuted, physically assaulted, but all parents in this case know that I am completely right in the same way that Rosa Parks was for not giving up her seat on a bus in my home state of Alabama. Either sexual orientation is not a class or all variations deserve protection and to suggest otherwise is totally racist and asinine. I would love to be sanctioned here so I can use it as a battle cry in demonstrating to proponents of the Constitution that it is no longer necessarily our compass. Secular humanistic Hollywood is, I'll be sure to call my friends Lady Gaga, Katy Perry, and Ke$ha and congratulate them for replacing James Madison, Hamilton, and Jefferson.

Additionally, in litigation against Google, Verizon, Samsung, (which also amounts to a glorified domestic case as this one), some of the best lawyers in the Nation in that case have spent the last couple of weeks begging the Court to hold me to the standard of a traditional lawyer in light of these cases. *Smith v. Plati*, 258 F.3d 1167, 1174 (10th Cir. 2001) only for this Court to turn around hang its hat on an immoral decision floated by the Tennessee Supreme Court to protect its members at the BPR

---

[15] Like it or not, The International Business Times journalist accurately wrote: *Last week, a man in the U.S. sued Apple for not including a default "safe mode" that prevented him from accessing porn. Chris Sevier said his Macbook led him to a serious porn addiction that resulted in depression and his family leaving him. While many initially mocked the case, the UK is now asking tech companies to do exactly what Sevier asked for, showing how serious lawmakers around the world are taking the issue of online pornography.* I will not apologize for being a world changer in a manner that the Court could only dream of.

from being brought to full term accountability before the United States Supreme Court for waste, mismanagement, fraud, and abuse. Such a maneuver is literally idiotic and a pathetic way to control one's opponents. [16]

So, the evidence shows that when it is convenient for one groups agenda to bestow on me an honorary law degree they do so. Conversely, when my legal arguments present insurmountable problems for another group, these adversaries, like the Magistrate judge, have no qualms turning around and hiding behind the Tennessee Supreme Court's decision to find me "unable to practice law due to mystical mental infirmity" - which amounts to an epic amount of corruption.

Countless media outlets have called the Tennessee Supreme Court to inquire why my law license was deactivated, their response is that they are unsure if I can practice law. Meanwhile, I graduated from Vanderbilt Law School and passed the Tennessee Bar that's a fact. I just also happened to file a lawsuit against the BPR for targeting in the same way that Lois Lerner at the IRS did fact is also a fact. There is no real way to prove mental illness in the same way that there is no real way to judge the affections in the Plaintiffs heart for members of the same sex. There is no way to know if the gays were born with a "gay gene" as they pretend because they are embarrassed for engaging in conduct that is self-evidently unnatural and vile, according to the Defendants' arguments. These inconsistency demonstrate the inherent untrustworthiness marking the judiciary in certain parts of the country, and

---

[16] So how do we explain these things? The conservatives (the Defendants blame the liberals for the problems of world; the liberals (the Plaintiffs) blame the conservatives for the problems of the world. I say that the human heart is the problem. While we cannot legislate away human nature, we can make our policies accord to the Constitution, which is a euphemism for the Bible. Because the Bible is the yard stick of sanity and the compass that leads us. Now granted, the Plaintiffs and I want to rewrite the Bible, but at least I am willing to admit that such a act amounts to colossal arrogance and fraud. But their has to be a yardstick or we as a Nation are lost at sea. While the Magistrate Judge will suggest that such a position is birthed under "mental illness" the true mental illness is her subscription to the religion of "the world according to self." It is called narcissism.

prove why democracy in the United States is failing entirely. Courts must make decisions that confirm to absolute truth in order to ultimately maintain their respect and credibility from the public.[17]

Although there is no evidence that I am mentally ill, other than the Tennessee Supreme Court and Congressman Windle wanted it to be true to avoid liability, here is what we can prove, I went to Vanderbilt and majored in politics. I graduated from Vanderbilt law school. I am a former Judge Advocate. I am the formed CEO of a record company. "Call me crazy," but it is my understanding that these are not the traditional characteristics of a mentally ill persons. So, the only explanation is that the Magistrate Judge has more or less joined a witch hunt because the legal positions I put forward are so strong that then only way to defeat them is through persecution and suppression. The Court itself has engaged in the same exact form of dehumanization on the basis of sexual orient ant that the homosexuals complain of. The homosexuals are right. There is a slippery slope to the heart by those who claim to have the moral high ground. But I admit that not all forms of sexual practices are equal. But my orientation is at least equal if not completely superior to the homosexuals, whose brand threatens natural system of peer accountability and was more of the cause of the AID epidemic than those who prefer blow up doll partners. Guys need guys to help men become better men so that they can be a better spouse to their female counter part. Its called becoming a "man of honor and integrity" which apparently Hollywood has reduced to a form of punch line. I can get away with saying that because I live in LA at different parts of the year.

## MATTERS ABOVE THE PAY GRADE OF THE MAGISTRATE JUDGE INVOLVING A SCANDAL OVERSEAS IN A FOREIGN THEATER OF WAR

Here is what is also verifiable fact, I attempted to report Democratic Congressman John Mark Windle to the Inspector General for violations of Army Regulations, DOD, and Standing General Order

---

[17] One never knows when the quiet drum of sedition could begin to rattle again in the deep.) (Creative Writing)

1 in Operation Iraqi Freedom while down range in Mosul. To thwart that plan, Congressman Windle conspired with MAJ Lewis at the combat stress clinic in Mosul to invent a way to block the reporting, by alleging that I had spent too much time outside the wire and must be "mentally ill," when I was merely doing my job to protect my command from the self-absorbed politician self dealing ambition. The MAJ said that my decision to report was "grandiose and therefore evidence of bi-polar disorder. It was a complete fiction. It is true that I was nearly killed in an attack in Northern Iraq in a disturbing manner by a young teenager, but this was used against me to stifle speech. Apparently, seniority, not the rule of law was strongly at play in those affairs, as it is in parts of the judiciary throughout the country. Apparently, my hair is not gray enough to have a voice, even though rank does not reflect intelligence. [18]

Meanwhile, as the controversy with Congressman Windle unfolded, there was lawsuit pending in Federal Court that I had filed on behalf of Severe Records LLC against Celebrity Apprentice winner John Rich for attempting to bully my 26 member artist roster and label out of copyright we created. *Severe Records, LLC v. Rich*, 658 F.3d 571 (6th Cir. 2011). Because my arguments are virtually alway unbeatable and never frivolous, my adversaries had to go outside the normal practice of law to accomplish their selfish ends to justify the hundreds of thousands of dollars in legal fees their were racking up from the narcissistic celebrity. My opposing counsel reached out to their friends at the BPR to target me in an effort to derail my litigation, after I reported them for attempted bribery. The head of the BPR Nancy Jones was jockeying for a slot on the Court of appeals and needed the support of Rich's firm to get a seat. Its what we in Tennessee call quid pro quo.[19] As a Soldier who takes my oath

---

[18] In Iraq, I as an O2, First Lieutenant operating in an O6, Colonel slot, while being harangued by an O5, Lieutenant Colonel, who is a state democratic congressman in Tennessee. In his defense the Congressman, was a direct commission appointee, unlike myself, and he was grossly abused in the first deployment under a District Attorney, Staff Judge Advocate. He thought wise to transfer that abuse on me, which proved to be unwise

[19] It is a frightening thing to see a celebrity lead the judiciary around by the nose ring.

to uphold the Constitution extremely seriously and as a life and death matter, I naturally filed a lawsuit against Nancy Jones and Krisann Hodges to cause them to back down and to remind them, as I do the Magistrate Judge, that they are not above the Constitution no matter how inconvenient my agenda might be to their personal goals. Here, the magistrate judge's threat to sanction me for exercising the petition clause smells of the same kind of activity that led Mrs. Jones to become my defendant, which ended in a case in which the Attorney General's office in Tennessee was literally begging me to leave the BPR alone in a matter before the Court.[20] [21] [22] The TNSC made their erroneous decision two weeks before a panel hearing, at which I would have been completely exonerated and the lawsuit lodged against the BPR strengthened. The BPR and TNSC could see the writing on the wall and maneuver to prevent this through unlawful acts that are rife with fraud, contempt, and criminal misconduct. Now, this Court has directly thought wise to meddle in military affairs, demonstrate bias, engage in discrimination, and threaten persecution, and it hopes that these proceedings that could revolutionize society in North Carolina will be respected by the majority that put DOMA-type laws in place to begin with. While this

---

[20] Mrs. Jone's not only failed to receive the appointment, she is no longer the head of the BPR because her fraud was memorialize in the public record and passed from lawyer to lawyer. The evidence suggests that it's not a very good idea for one's career to oppose me. In order to retaliate and impeach the credibility of my allegations, Krisann Hodges violated HIPAA, and intercepted my confidential medical records with the VA that dealt with Congressman Windle. She then flaunted these records before the Tennessee Supreme Court saying that I could not practice law because of the false diagnose passed down by MAJ Lewis to protect another Senior Officer, Congressman Windle.

[21] My paramount job in Iraq was to protect the legal interest of my commanders Lieutenant Colonel Cole 1/st Cobra Squadron and Lieutenant Colonel Holt, Regimental Fire Support Squadron. The Congressman had attempted to shift blame on my command in a manner regarding the Inspector General. I deflected blame onto the EO officer, who the Congressman was sleeping with in violation of General Order 1 and Army Regulations under sections of undue command influence. So, like the knight who can to attack the dragon to impress the princess, the Congressman began a hardcore retaliation campaign. (see creative writing). I threatened to report the Congressman to the IG, which would destroy his political and military career naturally. But this reporting was justifiable because where I was located in Northern Iraq, we were in an extremely hostile zone and my paramount duty was to travel on convoys to advance the rules of engagement, which was a matter of safety that supersedes political ambition and what we in the military call "Micky Mouse" nonsense. The Congressman struck back to keep me from doing so by having a office declare that I must be suffering from a mental illness for doing my job as a JAG). The Tennessee Supreme Court jumped on that opportunity to declare that I was not able to practice law due to the intercepted records, and has therefore, implicated itself in military affairs centered in fraud as a control mechanism. The TNSC made the decision while the lawsuit against Mrs. Jones and Mrs. Hodges was pending in Federal Court.
[22]

Court would never dream of actually going overseas and putting its life no the line, it has no qualms about punishing me for having done so that it can advance a liberalized quest that is birthed in racism, dishonesty, and immoral selfishness. [23] [24]

## GO ALONG GET ALONG = PLAYING PRETEND WITH THE WELFARE OF THE STATE IN THE BALANCE

In the magistrate judge's defense, lets consider this mental illness question further.[25] If the Court says that my request to marry a computer is an extension of a "mental illness," then it has to equally find that a man's request to marry a man is a more extreme form of "mental illness" or that is at least an equal form of mental illness. In fact, it's impossible to logically say otherwise. The Court might not have a doctorate in psychology and psychiatry, but it should be minster of logic reasoning at the bare minimum. I would like the Plaintiffs and I to sail to the same final destination as a matter of unity. As a licensed minister, if my request to marry Mr. Pickens to his chicken is "frivolous," the Plaintiff's request to marry a woman to a woman is frivolous for the same reason. Talk about creative writing, for a man to call another man his wife is quite the literary fiction from a traditional standpoint.[26] While allowing everyone to marry anything is crushingly narrow in the same way that "no censorship is." Allowing gays to marry, but no other brand of sexual orientation is to deprive the United States of basis for law, reason, and

---

[23] Its as if the Court is begging me to activated my publicity connections in the international music business to make it famous, which can be arranged at my discretion.

[24] Since the Defendants and Plaintiff used this obvious false tactic to obstruct justice here, they should be unsurprised if they are awarded a seat at prospective Congressional hearings to explain to the panel how they can justify their decision to use matters that are so evidently fraudulent to deprive me of violated Constitutional rights. Following the removal of the current administration, the probability of a Congressional hearing on those matters is far from remote. The statute of limitation is preserved.

[25] Apparently, I am not interested in reducing life into a celestial popularity contest, and I have no plans to run for President of the Charlotte Bar, even if it would profit by men like me at the helm, who prize character first, not money.

[26] 50 years ago the experts of their time would be laughing us all out of the Courtroom. The cultural wisdom of today is inadequate and on its way out as well.The best that the Court can do in the face of these arguments is issue threats, expose its bias, join a bandwagon of service discrediting misconduct, and effectively serve to taint these proceedings.

existence. These positions are far from the mutterings of an individual without sound mind, these are logical conclusions based on facts, evidence, and the historical record.

## FAME RED HERRING

Additionally, the Court indicated that I filed the motion to intervene to garner notoriety. [27] Steve Jobs replacement at Apple Inc. already tried the fame red herring in the media regarding me. The magistrate Judge lacks originality. [28] I'll tell my manager what the Court's position so she'll get a laugh. That contention is so outrageous it is board line miraculous. I am an international EDM artist. I am collabing with a myriad of top DJ recording artist all over the world. If I cared about being famous - and I do not - I think I sufficiently covered down in that department without the aid of a directing my publicity assets through a Federal Court in Charlotte, which is fortunately or unfortunately not really on the radar of my entertainment colleagues. But what is on my radar is that I care very much about the welfare of the children of the state of North Carolina and the integrity of the United States Constitution, unlike the Plaintiffs and the pathetic ACLU. To humor the Court's contention. Here is a release from yesterday off of label in the United Kingdom: https://www.youtube.com/watch?v=bkAFr0h0TDQ. Here is a release with a Paris DJ from last week. https://soundcloud.com/deepsounds/valy-mo-bright-ft-chris-severe-edmcom-premiere. If John Grisham writes a book about my litigation and how I've been targeted, I'm sure the Court can proclaim "see I told you" but this is not in the plan, preservation of Constitutional integrity is a whole nother story. (Creative writing). [29]

---

[27] I live in Paris, London, New York, LA, ect parts of the year, and so I am not looking for glamor from a North Carolina Court; but thanks for trying.

[28] In fact, the evidence shows that by not considering the interest of all variations of sexual orientation there are many Court's who are eager to leave their mark on history

[29] I'll tell John that he should name the book "The Pro Se." I personally prefer Laura Hillenbrand.

## NEW EVIDENCE AND RECONSIDERATION

I am filing this motion for reconsideration based on new evidence. I filed a lawsuit against the Governor and Attorney General's office in New York. (See Attached). Either the Court can allow me to intervene here and let North Carolina decide the matters, or we can allow the Court that gave us the breath taking decision in Winsor to make a decision for it, since after all, state sovereignty is under attack after all. And clearly New Yorkers are more with it than North Carolinians. New Yorker are far more worldly. I am asking the states that have approved same-sex marriage to lie in the bed in which they have made, and they absolutely cannot handle it because the implications speak form themselves, but that's not my fault. Its their own. If the Court allows me to intervene, I will merely drop the Governor and Attorney General from the case in North Carolina. But because I apparently enjoy being threatened and harassed, I figure I will let the North Carolina Court have one more chance to decide its fate, since as a minister, I am a man of grace after all, as long as it suits my financial interest naturally.

## THIS CASE ALL HINGES ON THE VALUES OF THE INDIVIDUAL JUDGE PERIOD - THE WAY OUT

So, allow me to be candid with the Honorable District Court Judge, whose personal values may be completely opposite of the magistrate judges. This case has more to do with the individual values of the Judges than it does anything else, and this reconsideration can be considered de novo. So, OPTION ONE, if the District Court is pro gay, it should bar my intervention, like the magistrate judge and hand down sanctions in hopes that will deter me, and side with the trend under the theory that uniformity will somehow force the public to find the judiciary credible, which is of course, impossible. OPTION TWO, if the Court is pro-traditional marriage, the Court should allow me to intervene, and reject both my demand and the Plaintiffs equally, which is something I can live with, since traditional marriage will be establishes as a stand alone relationship as preferred by the majority of citizens in the

state. Even if the gays and I do not have legal protection for our marriages, I naturally expect that the gays and I will not be persecuted and dehumanized for our peculiar brand of sexual orientation. If the Court is truly tolerant and pro-marriage equality on the basis of sexual orientation in deed, the Court should allow me to intervene and side for all variations of marriage. If the Court writes me off, it must also write off the Plaintiffs, sending us to the same final destination. But there can be no in-between and expect the public to not lose respect for the courts in general. Otherwise, the integrity of the Court and the stability of the United States Constitution is in jeopardy. To suggest otherwise would be actual evidence of acute mental illness that would unequivocally call into question the ability to practice law by who ever was delusional enough to think otherwise.

## SCIENCE OF DOPAMINE

And for the record, sexuality has nothing to due with mental illness initially. It has more to do with spirituality. Yet, there is no question that sexuality has everything to do with the brain science of neutro-tranmitters called dopamine, oxytocin, and serotonine that impact the reward cycle through a process called classic conditioning. Pavlov and his dogs are underestimated. The Plaintiffs are merely engaging in creative writing by twisting words around to justify a position that is completely impeached by science and the transcultural law. But since the Court has seemed to sua sponte a fix itself with a master in neuroscience, I am confident that it was well aware of that. The Defendant's arguments that these entire proceedings are incredibly dangers to religion, marriage, and the Constitution is starting to resound a bit more, which obviously was never the goal. Accordingly, I move for reconsideration.

/s/Chris Sevier/
BPR#026577
1LT 27A
420 W 42nd
New York, NY 10036
BPR#026577
ghostwarsmusic@gmail.com

615 500 4411
Ghost OP Zulu Delta

### CERTIFICATE OF SERVICE

I hereby certify that I mailed a copies of this pleading to the below address with adequate postage on this 20th day of August 2014. Additionally, I emailed electronically copies of this document to the parties to the email address on file with the Clerk through ECF/PACER.

**David Weiner** Arnold & Porter LLP 555 Twelfth Street, NW Washington, DC 20004 202-942-6702 Fax: 202-942-5999
Email: David.Weiner@aporter.com

**John West Gresham** Tin, Fulton, Walker & Owens
301 East Park Ave. Charlotte, NC 28203 704-338-1220 Ext. 257
Fax: 704-338-1312 Email: Jgresham@tinfulton.com

**Jonathan Martel** Arnold & Porter LLP 555 Twelfth Street, NW
Washington, DC 20004 202-942-5470 Fax: 202-942-.5999 Email:
Jonathan.Martel@aporter.com

**Mark James Kleinschmidt** Tin Fulton Walker & Owen
312 W. Franklin St Chapel Hill, NC 27516
919-240-7089 Fax: 919-967-4953 Email: mkleinschmidt@tinfulton.com

**S. Luke Largess** Tin, Fulton, Walker & Owen; 301 East Park Ave.
Charlotte, NC 28203 704-338-1220 Fax: 704-338-1312
Email: llargess@tinfulton.com

**Samuel Witten** Arnold & Porter LLP 555 Twelfth Street, NW Washington, DC 20004 202-942-6115 Fax: 202-942-5999 Email: Samuel.Witten@aporter.com

**Sarah Warlick** Arnold & Porter LLP 555 Twelfth Street, NW
Washington, DC 20004 202-942-6409 Email: Sarah.Warlick@aporter.com

**Sean Morris**
Arnold & Porter LLP 777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017 213-243-4222 Fax: 213-243-4199
Email: Sean.Morris@aporter.com

**Thomas Glazer** Arnold & Porter LLP
555 Twelfth Street, NW Washington, DC 20004
202-942-5327 Fax: 202-942-5999 Email: Tom.Glazer@aporter.com

**Jacob H. Sussman** Tin Fulton Walker & Owen, PLLC
301 Park Avenue Charlotte, NC 28203 704-338-1220
Fax: 704-338-1312 Email: jsussman@tinfulton.com
DEFENDANTS:
**Olga Eugenia Vysotskaya de Brito** N.C. Department of Justice
114 W. Edenton Street P.O. Box 629 Raleigh, NC 27602-0629
919-716-0185 Fax: 919-716-6759
Email: ovysotskaya@ncdoj.gov

**Tikkun A.S. Gottschalk**
75 N. Market St. Asheville, NC 28801
828-251-0600 Fax: 828-251-5508 Email: tikkun@deutschandgottschalk.com

**Richard Martin Koch** Law Offices of Richard M. Koch, PA
3220-201 Prosperity Church Road Charlotte, NC 28269
704-503-5700 Fax: 704-503-5707
Email: kochlaw@ctc.net

**Philip Scott Anderson**
Long, Parker, Warren & Jones, P.A.
P.O. Box 7216
Asheville, NC 28802
828-258-2296
Fax: 828-253-1073
Email: philip@longparker.com

**Robert Spencer Adden , Jr.**
Ruff, Bond, Cobb, Wade & Bethune
Suite 860 831 E. Morehead St.
Charlotte, NC 28202 704-377-1634 Fax: 704-342-3308 Email: Radden@rbcwb.com,
om

**Ronald L. Gibson;** Ruff, Bond, Cobb, Wade & Bethune, L.L.P.
831 E. Morehead Street, Ste. 860
Charlotte, NC 28202 704/377-1634 Fax: 704/343-3308
Email: rgibson@rbcwb.com,

**Roger A. Askew**
Office of the Wake County Attorney PO Box 550
Raleigh, NC 27602 919-856-5500
Email: roger.askew@wakegov.com,

**Scott Wood Warren**
Office of the Wake County Attorney
PO Box 550 Raleigh, NC 27602
919-856-500
Email: swarren@wakegov.com,

/s/Chris Sevier/
BPR#026577
1LT 27A
420 W 42nd
New York, NY 10036
BPR#026577
ghostwarsmusic@gmail.com
615 500 4411
Ghost OP Zulu Delta