THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:14-cv-00213-MR-DLH

| | |
|---|---|
| **GENERAL SYNOD OF THE UNITED CHURCH OF CHRIST, et al.,** ) ) ) Plaintiffs, ) ) vs. ) ) ) **ROY COOPER, et al.,** ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court *sua sponte* to continue the stay of this matter.

On August 20, 2014, the United States Supreme Court granted an application to stay the issuance of the mandate in Bostic v. Schaefer, __ F.3d __, 2014 WL 3702493 (4th Cir. July 28, 2014), pending the filing and disposition of a petition for a writ of certiorari. See McQuigg v. Bostic, __ S.Ct. __, 2014 WL 4096232 (U.S. Aug. 20, 2014). As the present case was previously stayed pending the issuance of the final mandate in Bostic [see Doc. 89], the Court will continue the stay pending the Supreme Court's disposition of the case.

Accordingly, **IT IS, THEREFORE, ORDERED** that this matter is hereby **STAYED** pending the Supreme Court's disposition of <u>Bostic</u>, whether by denial of the petition for a writ of certiorari, or by a grant of such petition and a judgment by the Court.

**IT IS FURTHER ORDERED** that proposed intervenor Chris Sevier's Motion for Reconsideration [Doc. 90] shall be **HELD IN ABEYANCE** until the stay is lifted.

**IT IS SO ORDERED.**

Signed: August 23, 2014

Martin Reidinger
United States District Judge