UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14cv213

| | | |
|---|---|---|
| GENERAL SYNOD OF THE UNITED CHURCH OF CHRIST, et al., , | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| DREW RESINGER, REGISTER OF DEEDS FOR BUNCOMBE COUNTY, et al., | ) ) ) | |
| Defendants, | ) ) | |
| And | ) ) | |
| ROY COOPER, ATTORNEY GENERAL OF NORTH CAROLINA, | ) ) ) | |
| Intervenor. | ) | |

**THIS MATTER** is before the court on the consent Motion to Amend Caption With Respect to Defendant Attorney General Roy Cooper and to Grant Attorney General Roy Cooper's Motion to Intervene (#114). Having considered such motion and reviewed the pleadings, and good cause having been shown for such relief in the motion, the court enters the following Order.

**ORDER**

-1-

**IT IS, THEREFORE, ORDERED** that the consent Motion to Amend Caption With Respect to Defendant Attorney General Roy Cooper and to Grant Attorney General Roy Cooper's Motion to Intervene (#114) is **ALLOWED**, such party is **DISMISSED** as a defendant, and such party is realigned as an Intervenor, as reflected in the above caption.

Signed: October 10, 2014

Max O. Cogburn Jr.
United States District Judge