UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00213-MOC-DLH

| | |
|---|---|
| **GENERAL SYNOD OF THE UNITED CHURCH OF CHRIST, et al.** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| Vs. ) | **MEMORANDUM OF DECISION** |
| ) | **AND ORDER** |
| ) | |
| **DREW RESINGER, REGISTER OF DEEDS FOR BUNCOMBE COUNTY, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| And ) | |
| ) | |
| **ROY COOPER, ATTORNEY GENERAL OF NORTH CAROLINA,** ) | |
| ) | |
| Intervenor. ) | |

**THIS MATTER** is before the court on its own Motion for Judgment on the Pleadings.

In light of the decision of the Court of Appeals for the Fourth Circuit in <u>Bostic v. Schaefer</u>, 760

F.3d 352 (4th Cir. 2014), <u>cert</u>. <u>denied</u>, ___ S.Ct.___, 2014 WL 4354536 (U.S. Oct. 6, 2014), as to

which the Mandate has now issued, <u>Bostic v. Schaefer</u>, No. 14-1167, 14-1169, 14-1173 (4th Cir.

Oct. 6, 2014), the court determines that North Carolina's laws prohibiting same-sex marriage are

unconstitutional as a matter of law.[1]

---

1      The Stay (#91) previously imposed was automatically dissolved on October 6, 2014, when *certiorari* was denied in *Bostic.*

-1-

Specifically, the court finds Article XIV, Section 6 of the North Carolina Constitution, North Carolina General Statute § 51-1 *et seq.*, and any other source of state law that operates to deny same-sex couples the right to marry in the State of North Carolina, prohibits recognition of same-sex marriages lawfully solemnized in other States, Territories, or a District of the United States, or threatens clergy or other officiants who solemnize the union of same-sex couples with civil or criminal penalties, are, in accordance with <u>Bostic</u>, <u>supra</u>, unconstitutional as they violate the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution.

Finally, in the hours preceding this Order there have been a number of last minute motions filed by interested parties. The issue before this court is neither a political issue nor a moral issue. It is a *legal* issue and it is clear as a matter of what is now settled law in the Fourth Circuit that North Carolina laws prohibiting same sex marriage, refusing to recognize same sex marriages originating elsewhere, and/or threating to penalize those who would solemnize such marriages, are unconstitutional.

**ORDER**

**IT IS, THEREFORE, ORDERED** that

(1) the consent Motion to Dismiss Plaintiff's First Amendment Claims (#114) is GRANTED, and those claims are DISMISSED without prejudice;

(2) the court's Motion for Judgment on the Pleadings is **GRANTED**, and the court finds Article XIV, Section 6 of the North Carolina Constitution, North Carolina General Statute § 51-1 *et seq.*, and any other source of state law that operates to deny same-

sex couples the right to marry in the State of North Carolina or prohibits recognition of same-sex marriages lawfully solemnized in other States, Territories, or a District of the United States, or threatens clergy or other officiants who solemnize the union of same-sex couples with civil or criminal penalties, are **UNCONSTITUTIONAL** as they violate the Due Process and Equal Protection Clauses of the Fourteenth Amendment to the United States Constitution;

(3) all other pending motions are terminated as **MOOT**.

## PERMANENT INJUNCTION

Defendants are **PERMANENTLY ENJOINED** from enforcing such laws to the extent these laws prohibit a person from marrying another person of the same gender, prohibit recognition of same-sex marriages lawfully solemnized in other States, Territories, or a District of the United States, or seek to punish in any way clergy or other officiants who solemnize the union of same-sex couples.

With the exception of retaining such jurisdiction as may be necessary to enforce such injunction, this action is otherwise **DISMISSED**.

The Clerk of Court shall issue a Judgment consistent with this Memorandum of Decision and Order.

Signed: October 10, 2014

Max O. Cogburn Jr.
United States District Judge