# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| General Synod of The United Church of Christ et al | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:14cv213 |
| vs. | ) ) | |
| Roy Cooper et al., Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 10, 2014 Order.

October 10, 2014

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court