FILED: December 5, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2225 (L)
(3:14-cv-00213-MOC-DLH)

_____

GENERAL SYNOD OF THE UNITED CHURCH OF CHRIST; JOSEPH HOFFMAN, Reverend; NANCY ELLETT ALLISON, Reverend; NATHAN KING, Reverend; NANCY KRAFT, Reverend; JONATHAN FREIRICH, Rabbi; ROBIN TANNER, Reverend; MARK WARD, Reverend; DR. NANCY E. PETTY, Reverend; KAY DIANE ANSLEY; CATHERINE MCGAUGHEY; ELIZABETH CLONINGER, a/k/a Lisa; KATHLEEN SMITH; SHAUNA BRAGAN; STACY MALONEY; CATHY FRY; JOANNE MARINARO; JOEL BLADY; JEFFREY ADDY; BETTY MACK; CAROL TAYLOR; THE VERY REVEREND TODD DONATELLI; RABBI ARIEL EDERY; THE REVEREND CANON THOMAS MURPHY; CENTRAL CONFERENCE OF AMERICAN RABBIS; ALLIANCE OF BAPTISTS, INC.; REVEREND AMY JACKS DEAN; ASSOCIATION OF WELCOMING & AFFIRMING BAPTISTS; REVEREND MILLY MORROW; REVEREND RUSS DEAN; RABBI ERIC M. SOLOMON; RABBI ARI N. MARGOLIS; RABBI LUCY H. F. DINNER

    Plaintiffs - Appellees

v.

THOM TILLIS, Speaker of the NC House of Representatives; PHIL BERGER, President Pro Tempore of the NC Senate

    Movants - Appellants

 and

ROY COOPER, Attorney General of North Carolina; DREW REISINGER, Register of Deeds; WAYNE NIXON, Register of Deeds; TONIA HAMPTON, Register of Deeds; J. DAVID GRANBERRY, Register of Deeds; LAURA M. RIDDICK, Register of Deeds; RONALD L. MOORE, District Attorney; ROXANN

VANEEKHOVEN, District Attorney; BRADLEY GREENWAY, District Attorney; ANDREW MURRAY, District Attorney; NED MANGUM, District Attorney

   Defendants

---

No. 14-2228
(1:12-cv-00589-WO-JEP)

---

MARCIE FISHER-BORNE, for herself and as guardian ad litem for M.F.-B., a minor; CHANTELLE FISHER-BORNE, for herself and as guardian ad litem for E.F.-B., a minor; TERRI BECK; LESLIE ZANAGLIO, for herself and as guardian ad litem for T.B.Z. and D.B.Z., both minors; SHANA CARIGNAN; MEGAN PARKER, for herself and as guardian ad litem for J.C., a minor; LEIGH SMITH; CRYSTAL HENDRIX, for herself and as guardian ad litem for J.H.-S., a minor; DANA DRAA; LEE KNIGHT CAFFERY, for herself and a guardian ad litem for M.M.C-D. and M.L.C.-D., both minors; SHAWN LONG; CRAIG JOHNSON, for himself and as guardian ad litem for I.J.-L., a minor

   Plaintiffs - Appellees

v.

THOM TILLIS, Speaker of the North Carolina House of Representatives; PHIL BERGER, President Pro Tempore of the North Carolina Senate

   Intervenors/Defendants - Appellants

and

JOHN W. SMITH, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; THE HONORABLE DAVID L. CHURCHILL, in his official capacity as Clerk of the Superior Court for Guilford County; THE HONORABLE ARCHIE L. SMITH, in his official capacity as Clerk of the Superior Court for Durham County; WILLIE COVINGTON, in his official capacity as Register of Deeds for Durham County; JEFF THIGPIN, in his official capacity as the Register of Deeds for Guilford County

>Defendants

ROY COOPER, appearing in a Representative capacity on behalf of State of North Carolina

>Intervenor

---

No. 14-2230
(1:14-cv-00299-WO-JEP)

---

ELLEN W. GERBER; PEARL BERLIN; LYN MCCOY; JANE BLACKBURN; ESMERALDA MEJIA; CHRISTINA GINTER-MEJIA, for herself and as guardian ad litem for J.G.-M., a minor

>Plaintiffs - Appellees

v.

THOM TILLIS, Speaker of the North Carolina House of Representatives; PHIL BERGER, President Pro Tempore of the North Carolina Senate

>Intervenors/Defendants - Appellants

and

JEFF THIGPIN, in his official capacity as the Register of Deeds for Guilford County; JOHN W. SMITH, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; DONNA HICKS SPENCER, in her official capacity as the Register of Deeds for Catawba County; AL JEAN BOGLE

>Defendants

ROY COOPER, appearing in a Representative capacity on behalf of State of North Carolina

>Intervenor

_____

No. 14-2278
(1:12-cv-00589-WO-JEP)

_____

MARCIE FISHER-BORNE, for herself and as guardian ad litem for M.F.-B., a minor; CHANTELLE FISHER-BORNE, for herself and as guardian ad litem for E.F.-B., a minor; TERRI BECK; LESLIE ZANAGLIO, for herself and as guardian ad litem for T.B.Z. and D.B.Z., both minors; SHANA CARIGNAN; MEGAN PARKER, for herself and as guardian ad litem for J.C., a minor; LEIGH SMITH; CRYSTAL HENDRIX, for herself and as guardian ad litem for J.H.-S., a minor; DANA DRAA; LEE KNIGHT CAFFERY, for herself and a guardian ad litem for M.M.C-D. and M.L.C.-D., both minors; SHAWN LONG; CRAIG JOHNSON, for himself and as guardian ad litem for I.J.-L., a minor

   Plaintiffs - Appellants

v.

THOM TILLIS, Speaker of the North Carolina House of Representatives; PHIL BERGER, President Pro Tempore of the North Carolina Senate

   Intervenors/Defendants - Appellees

and

JOHN W. SMITH, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; THE HONORABLE DAVID L. CHURCHILL, in his official capacity as Clerk of the Superior Court for Guilford County; THE HONORABLE ARCHIE L. SMITH, in his official capacity as Clerk of the Superior Court for Durham County; WILLIE COVINGTON, in his official capacity as Register of Deeds for Durham County; JEFF THIGPIN, in his official capacity as the Register of Deeds for Guilford County

   Defendants

ROY COOPER, appearing in a Representative capacity on behalf of State of North Carolina

   Intervenor

_____

No. 14-2279
(1:14-cv-00299-WO-JEP)

_____

ELLEN W. GERBER; PEARL BERLIN; LYN MCCOY; JANE BLACKBURN; ESMERALDA MEJIA; CHRISTINA GINTER-MEJIA, for herself and as guardian ad litem for J.G.-M., a minor

       Plaintiffs - Appellants

v.

THOM TILLIS, North Carolina Speaker of the House of Representatives; PHIL BERGER, President Pro Tempore of the North Carolina Senate

       Intervenors/Defendants - Appellees

and

JEFF THIGPIN, in his official capacity as the Register of Deeds for Guilford County; JOHN W. SMITH, in his official capacity as the Director of the North Carolina Administrative Office of the Courts; DONNA HICKS SPENCER, in her official capacity as the Register of Deeds for Catawba County; AL JEAN BOGLE

       Defendants

ROY COOPER, appearing in a Representative capacity on behalf of State of North Carolina

       Intervenor

_____

O R D E R

_____

The court consolidates Case No. 14-2225(L) with Case Nos. 14-2228 and 14-2230. Case Nos. 14-2278 and 14-2279 are consolidated with the lead case as cross appeals. The appellant in Case No. 14-2225(L) shall be considered the appellant for purposes of the consolidated appeals and shall proceed first at briefing and at oral argument. Entry of appearance forms and disclosure statements filed by counsel and parties in the lead case are deemed filed in secondary cases.

The court rescinds the current briefing schedules. The clerk shall establish a new cross appeal briefing schedule by separate order.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk